UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ISAIAH OSBORNE,

             Defendant.

~~Proposed~~ Order of Restitution

24 Cr. 625 (CS)

Upon the application of the United States of America, by its attorney, Matthew Podolsky, Acting United States Attorney for the Southern District of New York, Kingdar Prussien and Jorja Knauer, Assistant United States Attorneys, of counsel; the presentence investigation report; the defendant's conviction on Count Four of the Information; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

Isaiah Osborne, the defendant, shall pay restitution in the total amount of $9,533.50, pursuant to 18 U.S.C. § 3663; 18 U.S.C. § 3663A, to the victims of the offense of conviction. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court. *Interest on the restitution amount is waived.*

    A.    **Liability**

The total amount of restitution imposed against the defendant is $9,533.50, which is comprised of $2,989.50 to Victim-1 and Victim-1's Subrogee, for which the defendant is solely liable, and $6544.00 to Victim-2 and Victim-3, for which the defendant is jointly and severally

liable with the following defendant in the following case: Leslie Mangual, 24 Mag. 744. The defendant's liability to pay restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or every victim in Schedule A has recovered the total amount of each loss from the restitution paid by the defendant and all co-defendants ordered to pay the same victims.

      **B.**      **Apportionment Among Victims**

Pursuant to 18 U.S.C. § 3664(j)(1), restitution shall first be paid to the victims of the offense of conviction, and once that sum is satisfied, then the remaining sum shall be paid to the Victim-1's insurer in the amount of compensation it provided to Victim-1 as set forth in the Schedule of Victims. Restitution shall be paid to the victims on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

      **2.**      **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due and payable immediately pursuant to 18 U.S.C. § 3572(d)(1), upon entry of this judgment. *See Judgment for payment schedule.*

      **3.**      **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money

orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his name and the docket number of this case on each check or money order.

4. **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5. **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

6. **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used by or disclosed

3

to the listed victims, the Government, the investigating agency, the Clerk's Office, and the Probation Office, as needed to effect and enforce this Order, without further order of this Court.

SO ORDERED:

_____         4/8/25
HONORABLE CATHY SEIBEL              DATE
UNITED STATES DISTRICT JUDGE